AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| DONALD L. MORRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT** |
| STUTTERING FOUNDATION OF AMERICA- ) | **CASE NO. 7:12-CV-252-D** |
| *Chairman*, JANE FRAZER, *President*, ) | |
| PAUL RUTZ, JR., and DR. DENNIS DRAYNA, ) | |
| ) | |
| Defendants. ) | |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the Motions to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted by Defendants Stuttering Foundation of America, Jane Frazer, and Dr. Dennis Drayna [D.E. 8, 11] are GRANTED. The Complaint against Defendant Paul Rutz, Jr. is also DISMISSED. Plaintiff's Motions [D.E. 17, 18] lack merit and are DENIED. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**FEBRUARY 14, 2013**</u> WITH A COPY TO:

Donald L. Morrison (via USPS to P.O. Box 3612, Topsail Beach, NC 28445)
James C. Adams II (via CM/ECF Electronic Notification)
Paul Rutz, Jr., Pro se (via USPS to 2171 Bud Lipscomb Road, Willow Spring, NC 27592)
Joshua B. Royster (via CM/ECF Electronic Notification)


| | |
|---|---|
| February 14, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |